UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY D. VINCA,<br><br>*Plaintiff*,<br><br>v.<br><br>FBA STORES, LLC; FBA DISTRIBUTORS, LLC; FBA ADVANTAGE, LLC; ONLINE AUCTION LEARNING CENTER, INC; CAPFUND ENTERPRISES INC., d/b/a CAPFUND FINANCIAL; CHRISTOPHER BOWSER; ADAM BOWSER; BRIAN SCIARA; CITIBANK, N.A; FIRST NATIONAL BANK OF OMAHA , N.A.; BANK OF AMERICA, N.A.; CAPITAL ONE, N.A.; PENTAGON FEDERAL CREDIT UNION,<br><br>*Defendants*. | Case No. 18-cv-192<br><br>Hon. Robert W. Gettleman<br>Assigned District Judge<br><br>Hon. Sidney I. Schenkier<br>Assigned Magistrate Judge<br><br>JURY TRIAL<br>DEMANDED |

## NOTICE OF DISMISSAL OF DEFENDANTS CITIBANK N.A. AND BANK OF AMERICA, N.A. WITH PREJUDICE UNDER FRCP 41

All matters between Plaintiff and Defendants Citibank, N.A. and Bank of America, N.A. having been settled, resolved, and compromised pursuant to their separate agreements, Plaintiff Nancy D. Vinca hereby voluntarily dismisses this action only as to Defendants Citibank, N.A. and Bank of America, N.A. with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own costs and fees.

Dated: February 15, 2018

Respectfully Submitted,

Plaintiff Nancy D. Vinca
By: */s/ Steven J. Uhrich*
ZAMPARO LAW GROUP, P.C.
2300 Barrington Road, Suite 140
Hoffman Estates, IL 60194
T: (224) 875-3202 | F: (312) 276-4950
steven@zamparolaw.com