UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY D. VINCA, | |
| *Plaintiff*, | Case No. 18-cv-192 |
| v. | Hon. Robert W. Gettleman<br>Assigned District Judge |
| FBA STORES, LLC; FBA DISTRIBUTORS, LLC; FBA ADVANTAGE, LLC; ONLINE AUCTION LEARNING CENTER, INC; CAPFUND ENTERPRISES INC., d/b/a CAPFUND FINANCIAL; CHRISTOPHER BOWSER; ADAM BOWSER; BRIAN SCIARA; PENTAGON FEDERAL CREDIT UNION, | Hon. Sidney I. Schenkier<br>Assigned Magistrate Judge<br><br>JURY TRIAL DEMANDED |
| *Defendants*. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41**

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nancy Vinca hereby dismisses this entire action without prejudice and states as follows:

i. Plaintiff filed this action on January 10, 2018.

ii. No party has served either an answer or a motion for summary judgment.

iii. Plaintiff respectfully requests that the court strike all future status dates and appearances.

Dated: April 2, 2018

ZAMPARO LAW GROUP, P.C.

By: */s/ Steven J. Uhrich*
Steven J. Uhrich(6310369)
ZAMPARO LAW GROUP, P.C.
2300 Barrington Road, Suite 140
Hoffman Estates, IL 60194

T: (224) 875-3202<br>
F: (312) 276-4950<br>
steven@zamparolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, the foregoing was filed electronically through the CM/ECF system with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, and was served upon all counsel of record.

| | |
|---|---|
| Dated: April 2, 2018 | */s/Steven J. Uhrich*<br>Steven J. Uhrich |